UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Ernesto VARGAS-Arenas** )<br>)<br>)<br>Defendant. )<br>_____ ) | Magistrate Case No. **'08 MJ 0754**<br><br>**COMPLAINT FOR VIOLATION OF**<br><br>Title 8, U.S.C., Sec.<br>1324(a)(2)(B)(ii) -<br>Bringing in Alien(s) For<br>Financial Gain |

The undersigned complainant, being duly sworn, states:

That on or about **March 7, 2008**, within the Southern District of California, defendant **Ernesto VARGAS-Arenas**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Amparo ORTIZ-Lopez** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10th DAY OF **MARCH, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Customs and Border Protection Officer Nicolas Gonzales, declare under penalty of perjury the following to be true and correct:

The complainant states that **Amparo ORTIZ-Lopez**, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and she is material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On **March 7, 2008** at approximately 6:12 PM, **Ernesto VARGAS-Arenas (Defendant)** applied for entry into the United States while driving a brown Datsun Maxima through the San Ysidro Port of Entry. Defendant presented two DSP-150 Laser Visa cards as the entry documents for him and his female passenger to a Customs and Border Protection (CBP) Officer. The CBP Officer received two negative customs declarations form Defendant who also stated that he was going to Chula Vista, CA. The CBP Officer noticed Defendant's fingerprints and his passenger's did not match those on the documents he had presented. CBP Officers escorted the vehicle and its occupants to the secondary area for further inspection.

In secondary, the passenger **Amparo ORIZ-Lopez** now referred as **Material Witness** was determined to be citizen of Mexico with no entitlements to enter or reside in the United States.

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted a man named "El Gordo" provided him with the DSP-150 Laser Visa card he presented as his and the vehicle, Defendant also stated "El Gordo informed he would be smuggling Material Witness into the United States. Defendant admitted he knew his female passenger did not have legal documents to enter the United States. Defendant stated "El Gordo" was going to charge him a discount smuggling fee of $500.00 instead of $3000.00 for driving the vehicle into the United States. Defendant stated he was instructed to drive the vehicle to a "Costco" store on Palomar Street in Chula Vista, California where "El Gordo" would be waiting for him.

Defendant stated he knew the document he presented belonged to another person and that he has no legal documents to enter the U.S. Defendant stated he knows it is illegal to use a document other than his.

A videotaped interview was conducted with Material Witness. Material Witness stated she is citizen of Mexico with no documents to lawfully enter or reside in the United States. Material Witness stated she made the arrangements with an unknown man in Tijuana for her to be smuggled into the United States for $3300.00. Material Witness stated she intended to travel to Santa Ana, California to seek employment.

Executed at 10:00 PM on March 7, 2008.

_____
Nicolas Gonzales Jr/ CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of 1 page, I find probable cause to believe the defendant named in the Probable Cause Statement committed the offense on **March 7, 2008** in violation of Title 8 United States Code, Section(s) 1324.

_____        3/8/08 · 12:50 AM
United States Magistrate Judge                Date/Time