KAREN P. HEWITT
United States Attorney
W. MARK CONOVER
Assistant United States Attorney
California State Bar No. 236090
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-5200

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED

MAR 20 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08MJ0754 |
| Plaintiff, ) | |
| v. ) | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** |
| ERNESTO VARGAS-ARENAS, ) | |
| Defendant. ) | **(Pre-Indictment Fast-Track Program)** |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and W. Mark

Conover, Assistant United States Attorney, and defendant ERNESTO VARGAS-ARENAS, by and

through and with the advice and consent of defense counsel, Stephen Demik, that:

      1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing

date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

of Inducing and Encouraging Illegal Aliens and Aiding and Abetting, in violation of 8 U.S.C.

§ 1324(a)(1)(A)(iv) and (v)(II).

//

//

WMC:jam:3/11/08

2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **April 9, 2008**

4.    The material witness, Amparo Ortiz-Lopez, in this case:

a.    Is an alien with no lawful right to enter or remain in the United States;

b.    Was induced or encouraged by defendant to enter the United States in violation of the law on or about March 7, 2008;

c.    Was found in a vehicle driven by defendant at the San Ysidro, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

d.    Was paying $3,300 to others to be brought into the United States illegally and/or transported illegally to her destination therein; and,

e.    May be released and remanded immediately to the Department of Homeland Security for return to her country of origin.

5.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.    The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ernesto Vargas-Arenas          2                    08MJ0754

1            c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4    waives the right to confront and cross-examine the material witness(es) in this case.

5           6.     By signing this stipulation and joint motion, defendant certifies that defendant has

6    read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7    further that defendant has discussed the terms of this stipulation and joint motion with defense

8    counsel and fully understands its meaning and effect.

9           Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10    immediate release and remand of the above-named material witness(es) to the Department of

11    Homeland Security for return to her country of origin.

12           It is STIPULATED AND AGREED this date.

13                            Respectfully submitted,

14                            KAREN P. HEWITT

15                            United States Attorney

16    Dated: 3/20/08 .

17                            W. MARK CONOVER
                        Assistant United States Attorney

18    Dated: 3/10/08 .

19                            STEPHEN DEMIK
                        Defense Counsel for Ernesto Vargas-Arenas

20

21    Dated: 3/16/08 .

22                            ERNESTO VARGAS-ARENAS
                        Defendant

23

24

25

26

27

28    Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ernesto Vargas-Arenas        3         08MJ0754

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: 3/20/08 .

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ernesto Vargas-Arenas                4                08MJ0754