UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>)<br>Ernesto Vargas-Arenas )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. **08mj754**<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

**LOUISA S. PORTER**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Amparo- Ortiz-Lopez**

DATED: **3/20/08**

**LOUISA S. PORTER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
                    DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
                    Deputy Clerk