AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
MAR 20 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ERNESTO VARGAS-ARENAS | CASE NUMBER: 08CR844-JM |

I, __ERNESTO VARGAS-ARENAS__, the above named defendant, who is accused of committing the following offense:

> Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Mar. 20, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_ERNESTO VARGAS_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER