FILED

APR 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Criminal No. **08CR844-JM**
                                    )
                  Plaintiff,        )   **FINDINGS AND RECOMMENDATION OF**
                                    )   **THE MAGISTRATE JUDGE UPON A**
v.                                  )   **PLEA OF GUILTY**
                                    )
**ERNESTO VARGAS-ARENAS**,          )
                                    )
                  Defendant.        )
_____)

Upon Defendant's request to enter a plea of Guilty pursuant
to Rule 11 of the Federal Rules of Criminal Procedure, this
matter was referred to the Magistrate Judge by the District
Judge, with the written consents of the Defendant, counsel for
the Defendant, and counsel for the United States.

Thereafter, the matter came on for a hearing on Defendant's
plea of guilty, in full compliance with Rule 11, Federal Rules of
Criminal Procedure, before the Magistrate Judge, in open court
and on the record.

In consideration of that hearing and the allocution made by
the Defendant under oath on the record and in the presence of
counsel, and the remarks of the Assistant United States Attorney,
///

1    **I make the following FINDINGS - that the Defendant**
2  **understands:**
3        1.   the right to persist in a plea of "not guilty";
4        2.   the right to a speedy and public trial;
5        3.   the right to be tried by a jury, or the ability to
6             waive that right and have a judge try the case without
7             a jury;
8        4.   the right to the assistance of counsel at trial;
9        5.   that, at trial, there would be the right to confront
10            and cross-examine the witnesses against the Defendant;
11       6.   that, at trial, there is the right to present a
12            defense, and the right to have witnesses subpoenaed to
13            testify on the Defendant's behalf;
14       7.   that, at trial, the Defendant would have the right
15            against compelled self-incrimination;
16       8.   the nature of the charge filed in this case;
17       9.   the maximum possible sentence that could be imposed
18            (including imprisonment, fine, term of supervised
19            release, and mandatory special assessment), the effect
20            of a supervised release term, and that the sentencing
21            guidelines are only advisory so that the Court may
22            sentence Defendant up to the statutory maximum;
23       10.  the terms of the plea agreement;
24  **I further find that:**
25       11.  that Defendant's plea of guilty is made knowingly and
26            voluntarily;
27       12.  the Defendant is competent to enter a plea; and
28       13.  there is a factual basis for Defendant's plea.

08CR844-JM

1      **I therefore RECOMMEND that the District Judge accept the**

2  **Defendant's plea of guilty.**

3      The sentencing hearing will be before United States District

4  **Judge JEFFREY T. MILLER**, on _____7/25/08_____, at 9:00 AM.

5      Objections to these Findings and Recommendation must be

6  filed within 14 days of the date of this order.

7

8

9  Dated: 04/15/2008

10                         Honorable LOUISA S. PORTER
                          United States Magistrate Judge

11  Copies to:

12  Hon. JEFFREY T. MILLER
   U.S. District Judge

13

14  United States Attorney

15

   Counsel for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

08CR844-JM