# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs **ERNESTO VARGAS-ARENAS**                          No. 08CR0844-JM

The Court finds excludable delay, under the section indicated by check (✓), commenced on April 15, 2008 and ended on 7/25/08 ; ( )
_____ and ended on _____ . ( )

3161(h)
___ (1)(A)    Exam or hrg for **mental or physical incapacity**                    A
___ (1)(B)    **NARA exam**ination (28:2902)                                        B
___ (1)(D)    State or Federal trials or **other charges pending**                 C
___ (1)(E)    **Interlocutory appeals**                                            D
___ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)         E
___ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)            F
___ (1)(J)    **Proceedings under advisement** not to exceed thirty days           G
___           Misc proc: Parole or prob rev, deportation, **extradition**          H
___ (1)(H)    **Transportation** from another district or to/from examination      6
              or hospitalization in ten days or less
✓ (1)(I)      Consideration by Court of **proposed plea agreement**                7
___ (2)       **Prosecution deferred** by mutual agreement                          I
___ (3)(A)(B) **Unavailability of defendant** or **essential witness**              M
___ (4)       Period of **mental or physical incompetence** of defendant to         N
              stand trial
___ (5)       Period of **NARA commitment or treatment**                            O
___ (6)       **Superseding indictment and/or new charges**                         P
___ (7)       **Defendant awaiting trial of co-defendant** when no severance        R
              has been granted
___ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than        T
              one of the reasons below are given in support of continuance
✓ (8)(B)(I)   1) Failure to grant a **continuance** in the proceeding              T1
              would result in a **miscarriage of justice** and
              the ends of justice outweigh the best interest
              of the public and the defendant in a speedy trial.
              **(Continuance - miscarriage of justice)**
              2) Failure to grant a **continuance** of the trial would result in
              a miscarriage of justice as the defendant has tendered a
              guilty plea to a magistrate judge and is awaiting a
              determination as to whether the plea will be accepted.
              **(Continuance - tendered a guilty plea)**
___ (8)(B)(ii)  2) **Case** unusual or **complex**                                  T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3
___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, T4
              or give reasonable time to prepare
              **(Continuance re counsel)**
___ 3161(I)   Time up to **withdrawal of guilty plea**                              U
___ 3161(b)   **Grand jury indictment time extended** thirty (30) more days         W

Date 4/15/08                                              _____ Judge's Initials